**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ABRAHAM LEIFER, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff*,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER L.L.C.,<br><br>*Defendants*. | Case No. 1:24-cv-03994<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE OF ISRAEL DAVID** |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Israel David hereby enters his appearance on behalf of Plaintiff Abraham Leifer and the proposed class in the above-captioned action. All pleadings, notices, orders, correspondence, and other papers in connection with this action should also be directed and served upon:

Israel David
**ISRAEL DAVID LLC**
17 State Street, Suite 4010
New York, New York 10004
Telephone: 212-739-0622
Email: israel.david@davidllc.com

DATED: June 4, 2024

*/s/ Israel David*
Israel David

Israel David
Adam M. Harris
**ISRAEL DAVID LLC**
17 State Street, Suite 4010
New York, New York 10004
Tel.: 212-739-0622
Email: *israel.david@davidllc.com*
*adam.harris@davidllc.com*

CERTIFICATE OF SERVICE

I hereby certify that this document was filed though the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Israel David*
Israel David

Israel David
Adam M. Harris
**ISRAEL DAVID LLC**
17 State Street, Suite 4010
New York, New York 10004
Tel.: 212-739-0622
Email: *israel.david@davidllc.com*
*adam.harris@davidllc.com*