

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF ECONOMIC JUSTICE
ANTITRUST BUREAU

Application GRANTED. The Clerk of Court is directed to terminate the motion at ECF No. 66.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: June 13, 2024

June 12, 2024

**By ECF Filing**

Hon. Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:   *United States of America, et al. v. Live Nation Entertainment, Inc., et ano.*,
      1:24-cv-03973 (AS) and Related Cases 1:24-cv-04106 (AS) and 1:24-cv-03994 (AS)
      Letter Motion Requesting Relief from In Person Attendance Requirement

Your Honor,

In accordance with the Court's Notice of Initial Pretrial Conference (Docket No. 58), the Plaintiff States, other than New York, respectfully request relief from Rules 2.A. and 4.C. of your Individual Practices in Civil Cases, which require in-person attendance by Lead Trial Counsel at hearings and conferences. We request this relief to avoid duplicative expenses that are ultimately borne by the people and to streamline the proceedings before the Court.

Specifically, the Plaintiff States (other than New York) request leave to:

(1) attend the conference by audio or video, in-person, or by designating New York to represent them at this conference only; and

(2) for those States that do attend in-person or remotely, excuse designated Lead Trial Counsel who have scheduling conflicts, as long as another attorney for that Plaintiff State, who also works on this matter and is admitted, attends in lieu of designated Lead Trial Counsel.

-2-

We have advised Defendants of our intention to make this request, and they have informed us that they do not object.

We therefore respectfully request that this relief be granted for the upcoming June 27, 2024 hearing, and as appropriate for future hearings and conferences as well. We thank the Court for Your Honor's, and your Chambers', time and consideration.

Respectfully submitted,

/s/  Jeremy R. Kasha
Jeremy R. Kasha
Assistant Attorney General
Antitrust Bureau

*Lead Trial Counsel for Plaintiff State of New York*


cc:     All Counsel of Record (by ECF filing)