UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER L.L.C. ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS. | Lead Case No. 24-cv-3994 (AS)<br>(Consolidated with No. 24-cv-4106 (AS))<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

In its August 5, 2024 Order, the Court adopted the parties' proposed deadline for a motion to compel arbitration of plaintiffs' claims, set for "60 days after the filing of a consolidated complaint" as long as the consolidated complaint did not add additional named plaintiffs. ECF No. 38.

Plaintiffs have now filed their consolidated complaint, and no additional named plaintiffs were added. ECF No. 49. Accordingly, the schedule for any motion to compel arbitration will be as follows:

- Motion to compel arbitration must be filed by **November 15, 2024** (60 days after the consolidated complaint was filed).
- Opposition briefs must be filed by **December 13, 2024**.
- Reply briefs must be filed by **December 20, 2024**.

SO ORDERED.

Dated: September 26, 2024
New York, New York

ARUN SUBRAMANIAN
United States District Judge