UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Abraham Leifer,<br><br>    Plaintiff,<br><br>-against-<br><br>Live Nation Entertainment, Inc. and Ticketmaster L.L.C.,<br><br>    Defendants. | 24-CV-3994 (AS) |
| James R. Jacobson,<br><br>    Plaintiff,<br><br>-against-<br><br>TicketMaster, LLC and Live Nation Entertainment, Inc.,<br><br>    Defendants. | 24-CV-6538 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court will hold a hearing on the pending motions to compel arbitration on **July 25, 2025 at 1:00 PM** in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

  SO ORDERED.

Dated: July 10, 2025
   New York, New York

                   _____
                   ARUN SUBRAMANIAN
                   United States District Judge