UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| James R. Jacobson; Abraham Leifer; Tamara Stevens, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>    -against-<br><br>Live Nation Entertainment, Inc.; Ticketmaster LLC,<br><br>      Defendants. | 24-CV-3994 (AS)<br>24-CV-6538 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court would like to hold a hearing on the pending motions to compel arbitrations in these cases during **the week of September 15, 2025.** Counsel shall meet and confer and propose dates and times for the hearing by **August 28, 2025**.

  SO ORDERED.

Dated: August 22, 2025
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge