505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

# LATHAM & WATKINS LLP

August 27, 2025

**VIA ECF**

Hon. Arun Subramanian
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  *In re Live Nation Entertainment, Inc. and Ticketmaster L.L.C. Antitrust Litigation*, **Lead Case No. 1:24-cv-03994-AS-SLC and** *James R. Jacobson v. Live Nation Entertainment, Inc. et al.*, **Case No. 1:24-cv-06538-AS – Letter Motion to Reschedule Oral Argument on Motions to Compel Arbitration**

Dear Judge Subramanian:

Defendants in the above-captioned matters write in response to the Court's order directing the parties to meet and confer and propose dates the week of September 15, 2025 for oral argument on Defendants' motions to compel arbitration.  *See* ECF No. 67.[*]

Previously, the Court scheduled oral argument on Defendants' motions to compel arbitration for July 25, 2025.  *See* ECF No. 64.  After conferring with counsel for all Plaintiffs, Defendants requested that oral argument be rescheduled for September 23 or September 24.  *See* ECF No. 65.  The Court then cancelled the hearing and indicated that it would be rescheduled if necessary.  *See* ECF No. 66.

Defendants' counsel at Latham & Watkins are scheduled to be out of the country for their firm's Global Antitrust and Competition Practice Group Meeting during the week of September 15, when the Court would like to hold oral argument.  This event has been scheduled for over five months.  Defendants' counsel have conferred with Plaintiffs' counsel, and all counsel remain available for oral argument on **September 23**—the first date originally proposed for the rescheduled oral argument.  If September 23 does not work for the Court, Defendants will meet and confer with Plaintiffs and propose additional dates promptly.

Counsel for Plaintiffs in *Leifer/Stevens* requested that Defendants include the following language: "The *Leifer/Stevens* Plaintiffs are available the week of September 15 in accordance

---

[*] Docket citations are to the docket in *In re Live Nation*, Lead Case No. 1:24-cv-03994.

LATHAM & WATKINS LLP

with the Court's request, and are also available on September 23." Counsel for Plaintiffs in *Jacobson* requested that Defendants include the following language: "The *Jacobson* Plaintiffs are available the week of September 15 (when the Court requested to hold oral argument), on the September 23 alternative date requested by Defendants, and will otherwise make themselves available during any week that is convenient for the Court at times which are convenient for the Court."

Defendants' request to reschedule oral argument for September 23 will not affect any other scheduled deadlines. As set forth above, the parties previously requested one scheduling change for oral argument on Defendants' motions to compel arbitration.

Dated: August 27, 2025                                  Respectfully submitted,

                                                        LATHAM & WATKINS LLP

                                                        */s/ Timothy L. O'Mara*
                                                        Timothy L. O'Mara (admitted *pro hac vice*)
                                                         *Lead Trial Counsel*
                                                        505 Montgomery Street, Suite 2000
                                                        San Francisco, CA 94111-6538
                                                        Telephone: +1.415.391.0600
                                                        Facsimile: +1.415.395.8095
                                                        tim.o'mara@lw.com

                                                        Anna M. Rathbun (admitted *pro hac vice*)
                                                        555 Eleventh Street, NW, Suite 1000
                                                        Washington, D.C. 20004-1304
                                                        Telephone: +1.202.637.2200
                                                        Facsimile: +1.202.637.2201
                                                        anna.rathbun@lw.com

                                                        *Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

cc:     All Counsel of Record (via ECF)