**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

September 19, 2025

GRANTED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 71.

SO ORDERED.                                        VIA ECF

*[signature]*

Arun Subramanian, U.S.D.J.
Date: September 19, 2025

The Honorable Arun Subramanian
U.S. District Court for the
  Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY  10007

Re:  *In re Live Nation Entertainment, Inc. and Ticketmaster L.L.C. Antitrust Litigation*,
     Lead Case No. 1:24-cv-03994 (AS) and
     *James R. Jacobson v. Live Nation Entertainment, Inc.*,
     No. 1:24-cv-06538 (AS)

Dear Judge Subramanian:

Plaintiffs in the above referenced actions conferred and sent proposed discovery requests to the Defendants on September 12, 2025, and the Parties conducted a meet and confer on the requested discovery as to Defendants and Latham & Watkins LLP on September 18, 2025. Defendants have agreed to produce documents responsive to numerous of Plaintiffs' requests during the week of September 22, 2025. Plaintiffs will review the material, and will promptly meet and confer with Defendants, if necessary. Therefore, the Parties agree and jointly request that the September 23, 2025 hearing be canceled, without prejudice to Plaintiffs seeking complete discovery in accordance with their proposed discovery requests. The Parties also propose to submit a joint status report to the Court on October 17, 2025.

Respectfully submitted,

*s/ David W. Mitchell*
Lead Trial Counsel
**Robbins Geller Rudman & Dowd LLP**

*Counsel for Plaintiffs*

*s/ Christopher M. McGrath*
**Lovell Stewart Halebian Jacobson LLP**

*Counsel for Plaintiff James R. Jacobson*

*s/ Timothy L. O'Mara*
Lead Trial Counsel
**Latham & Watkins LLP**

*Counsel for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

cc:   All Counsel of Record (via ECF)