**Robbins Geller Rudman & Dowd LLP**

| Chicago | Melville | Nashville | San Diego | Wilmington |
| Boca Raton | Manhattan | Philadelphia | San Francisco | Washington, D.C. |

October 31, 2025

<u>VIA ECF</u>

The Honorable Arun Subramanian
U.S. District Court for the
  Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY  10007

Re:  *In re Live Nation Entertainment, Inc. and Ticketmaster L.L.C. Antitrust Litigation*,
Lead Case No. 1:24-cv-03994 (AS) and
*Jacobson v. Live Nation Entertainment, Inc.*,
No. 1:24-cv-06538 (AS)

Dear Judge Subramanian:

The parties in the two actions respectfully submit this Status Report to provide the Court with an update concerning arbitration-related discovery.  Since the last status report on October 17, 2025 (ECF 79), New Era ADR, Inc. ("New Era") has produced to plaintiffs the materials it previously produced in *Heckman v. Live Nation Ent., Inc.*, No. 2:22-cv-00047 (C.D. Cal.).  Plaintiffs understand from counsel for New Era that additional materials may be forthcoming.  Plaintiffs continue to review the materials produced by defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C., their counsel, Latham & Watkins LLP, and New Era, and are considering whether additional discovery will be needed.

Respectfully submitted,

s/ David W. Mitchell
Lead Trial Counsel
**Robbins Geller Rudman & Dowd LLP**

*Counsel for Plaintiffs*

s/ Timothy L. O'Mara
Lead Trial Counsel
**Latham & Watkins LLP**

*Counsel for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

s/ Christopher M. McGrath
**Lovell Stewart Halebian Jacobson LLP**

*Counsel for Plaintiff James R. Jacobson*

cc:   All Counsel of Record (via ECF)