505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

**LATHAM & WATKINS LLP**

March 2, 2026

**VIA ECF**

Hon. Arun Subramanian
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re:  *In re Live Nation Entertainment, Inc. and Ticketmaster L.L.C. Antitrust Litigation*, Lead Case No. 1:24-cv-03994-AS-SLC **and** *James R. Jacobson v. Live Nation Entertainment, Inc. et al.*, Case No. 1:24-cv-06538-AS – Letter Motion to Reschedule Oral Argument on Motions to Compel Arbitration

Dear Judge Subramanian:

Defendants in the above-captioned matters write in response to the Court's February 25, 2026 order rescheduling oral argument on Defendants' motions to compel arbitration in the above-referenced matters from February 26, 2026 to April 20, 2026.  *See* ECF Nos. 87-88.[*]

Defendants' counsel intending to argue these motions has pre-planned travel that conflicts with the rescheduled argument date of April 20.  Defendants' counsel has conferred with Plaintiffs' counsel, and all counsel are available for oral argument on **April 15, April 16,** or **April 28**.  If these alternative dates do not work for the Court, Defendants will meet and confer with Plaintiffs and propose additional dates promptly.

Counsel for Plaintiffs requested that Defendants note in this letter that they remain available on the Court's rescheduled date of April 20.

This request to reschedule oral argument will not affect any other scheduled deadlines.  The parties previously requested two scheduling changes for oral argument on Defendants' motions to compel arbitration: (1) the Court initially scheduled oral argument for July 25, 2025 (ECF No. 64), which Defendants requested to be rescheduled for September 23, 2025 or September 24, 2025 (ECF No. 65), but the Court cancelled the hearing (ECF No. 66); and (2) the Court subsequently requested that the parties propose oral argument dates the week of September 15, 2025 (ECF No. 67), and the parties alternatively proposed September 23, 2025 (the first date originally

---

[*] Docket citations are to the docket in *In re Live Nation*, Lead Case No. 1:24-cv-03994.

LATHAM & WATKINS LLP

proposed for the rescheduled oral argument) (ECF No. 68), but after the Court ordered discovery on the motions to compel arbitration, the parties requested to adjourn the September 23, 2025 hearing (ECF Nos. 70-72). The parties then requested, and the Court ordered, that any argument on the motions would be held on February 26, 2026 (ECF Nos. 83-84).

Dated: March 2, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

/s/ Timothy L. O'Mara
Timothy L. O'Mara (admitted *pro hac vice*)
 *Lead Trial Counsel*
Alicia R. Jovais (admitted *pro hac vice*)
Samuel R. Jeffrey (admitted *pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
tim.o'mara@lw.com
alicia.jovais@lw.com
sam.jeffrey@lw.com

Anna M. Rathbun (admitted *pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201
anna.rathbun@lw.com

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

cc:     All Counsel of Record (via ECF)