UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>Live Nation Entertainment, Inc., et al.,<br><br>       Defendants. | Case No.: 1:24-cv-03973 (AS)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I am admitted to practice *pro hac vice* in this court pursuant to ECF No. 825, and I appear in this case as counsel for non-party Arena Operations, LLC.

Dated:  January 15, 2026

                 Respectfully submitted,

                 /s/ *Samantha F. Hynes*
                 Samantha F. Hynes
                 SULLIVAN & CROMWELL LLP
                 1700 New York Avenue, N.W.
                 Suite 700
                 Washington D.C. 20006-5215
                 Telephone: (202) 956-7500
                 hyness@sullcrom.com

                 *Counsel for non-party*
                 *Arena Operations, LLC*