# Exhibit  4

**DEFENDANTS' TRIAL WITNESS LIST**[1]

| Name | Entity | Live / By Designation | Brief Summary of Testimony |
|---|---|---|---|
| Brad Alberts | Dallas Stars | Designation | Mr. Alberts is the President and CEO of the Dallas Stars and their minor league affiliate, the Texas Stars, who play at the H-E-B Center. He is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, and ticketing contracts and contract negotiations. He is also likely to testify about contracts with promotion companies and contract negotiations. Mr. Alberts is listed as a "Live" witness on Plaintiffs' witness list; the parties have agreed to a process for designating testimony of such witnesses if they are not called live at trial. |
| Omar Al-joulani | Live Nation Entertainment (LNE) | Live | Mr. Al-joulani is the President of Touring at Live Nation. He is likely to testify about the company's business and finances, industry trends, dynamics, and competition, as well as Live Nation's venue and promotion businesses, promotion of artists and relationships with artists and other industry participants. He will also rebut Plaintiffs' allegations of misconduct and anticompetitive effects. He may also lay the foundation for 1006 exhibits based on company data. |
| Irving Azoff | The Azoff Company | Live | Mr. Azoff is the owner of The Azoff Company. He is likely to testify about industry trends, dynamics, and competition, the selection of live event promotion companies, and tour and show routing and venue selection, as well as ticketing provider preferences. |

---

[1] To the extent Defendants decide or are required to call through deposition designation a witness who is listed as a "live" witness here, Defendants reserve the right to designate that witness's deposition testimony for trial. Additionally, to the extent Plaintiffs call a witness live at trial, Defendants reserve the right to call that witness live too, regardless of whether that witness is listed as a "live" or "designation" witness on this list. Furthermore, Defendants have included certain witnesses on this list (indicated by an asterisk (*)) whom Defendants do not anticipate calling at trial unless necessary to respond to evidence Plaintiffs elicit at trial through live testimony or through deposition designations; Defendants reserve the right to call these witnesses or designate their deposition testimony if needed.

| Name | Entity | Live / By Designation | Brief Summary of Testimony |
|---|---|---|---|
| Christian Barney | Utah Jazz | Designation | Mr. Barney is the President of Revenue and Commercial Strategy at Smith Entertainment Group, the owner of Utah Jazz.  He is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, and ticketing contracts and contract negotiations.  He is also likely to testify about contracts with promotion companies and contract negotiations.  The proposed designations for this witness have previously been disclosed. |
| Valerie Barone | City of Concord | Designation | Ms. Barone is City Manager of the City of Concord, which owns the Toyota Pavilion.  She is likely to testify about competition in the industry, venue ownership, operation, and management, and the selection of venue operation partners.  The proposed designations for this witness have previously been disclosed. |
| Daniel Beckerman | Anschutz Entertainment Group (AEG) | Designation | Mr. Beckerman is the President and CEO of AEG.  He is likely to testify about industry trends, dynamics, and competition, AEG's business, AEG's promotion of artists, and AEG and AXS's business relationships with other industry participants.  The proposed designations for this witness have previously been disclosed. |
| Joe Berchtold | LNE | Live | Mr. Berchtold is the President and CFO of Live Nation Entertainment.  He is likely to testify about the company's business, its corporate structure, strategy, and finances, including the different lines of business and how they interact, as well as industry trends, dynamics, and competition.  He will also rebut Plaintiffs' allegations of misconduct and anticompetitive effects.  He may also lay the foundation for 1006 exhibits based on company data. |
| Tad Bowman | City of Denver | Designation | Mr. Bowman is the Venue Director for Red Rocks Amphitheatre and the Denver Coliseum for the City and County of Denver's Arts & Venues agency.  He is likely to testify about competition in the industry, the |

| Name | Entity | Live / By Designation | Brief Summary of Testimony |
|---|---|---|---|
|  |  |  | selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, and ticketing contracts and contract negotiations.  The proposed designations for this witness have previously been disclosed. |
| Brandon Briggs | InterMiami | Designation | Mr. Briggs is the Vice President of Legal and Human Resources at Inter Miami, which plays at Chase Field.  He is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, and ticketing contracts and contract negotiations.  The proposed designations for this witness have previously been disclosed. |
| Dave Brown | Center Operating Company | Live | Mr. Brown is the Chief Operating Officer of the Center Operating Company, which operates the American Airlines Center.  He is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, and ticketing contracts and contract negotiations. |
| Eric Budish (Expert) | Cornerstone Research | Live | Professor Budish is the Paul G. McDermott Professor of Economics and Entrepreneurship at the University of Chicago Booth School of Business.  He is likely to testify about the opinions rendered in his expert reports and deposition, including how competition works in primary ticketing and how ticketers compete on price and quality, and the materials he considered in forming those opinions.  He will also lay the foundation for 1006 exhibits based on data referenced in his report. |
| Matthew Caldwell | Florida Panthers (former) | Live | Mr. Caldwell is the CEO of the Minnesota Timberwolves and the Minnesota Lynx.  He was previously the President and CEO of the Florida Panthers, which plays at Amerant Bank Arena.  He is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting |

| Name | Entity | Live / By Designation | Brief Summary of Testimony |
|---|---|---|---|
| | | | ticket fees, and ticketing contracts and contract negotiations.  He is also likely to testify about contracts with promotion companies and contract negotiations. |
| Coran Capshaw | Red Light Management | Live | Mr. Capshaw is the founder of Red Light Management.  He is likely to testify about industry trends, dynamics, and competition, artist representation and negotiations with promoters including Live Nation, and the importance of ticketing to fan experience. |
| Dennis Carlton (Expert) | Compass Lexecon | Live | Professor Carlton is the David McDaniel Keller Professor of Economics Emeritus at the University of Chicago Booth School of Business.  He is likely to testify about the opinions rendered in his expert reports and deposition, including market definition, competition in primary ticketing, and the effects of Ticketmaster's conduct, as well as the materials he considered in forming those opinions.  He will also lay the foundation for 1006 exhibits based on data referenced in his report. |
| Michael Cohl | S2BN Entertainment | Designation | Mr. Cohl is a concert promoter and the founder of S2BN Entertainment.  He is likely to testify about industry trends, dynamics, and competition, as well as his experiences with Live Nation and Ticketmaster.  Mr. Cohl is listed as a "Live" witness on Plaintiffs' witness list; the parties have agreed to a process for designating testimony of such witnesses if they are not called live at trial. |
| Becky Colwell | LA Clippers | Designation | Ms. Colwell is the General Manager of Kia Forum and the Vice President of Music & Events at Intuit Dome.  She is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, ticketing contracts, contracts with promotion companies, and contract negotiations.  The proposed designations for this witness have previously been disclosed. |
| Russell D'Souza | SeatGeek | Designation | Mr. D'Souza is President and co-founder of SeatGeek.  He is likely to testify about |

| Name | Entity | Live / By Designation | Brief Summary of Testimony |
|---|---|---|---|
| | | | industry trends, dynamics, and competition, as well as the ticketing services provided by SeatGeek and SeatGeek's business. Mr. D'Souza was recently changed to a "Designation" witness; the parties have agreed to a process for designating his testimony. |
| Doug Dawson | Dallas Cowboys | Designation | Mr. Dawson is the Senior Vice President of Stadium Revenue of the Dallas Cowboys, who play home games at AT&T Stadium. He is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, and ticketing contracts and contract negotiations. Mr. Dawson was recently changed to a "Designation" witness; the parties have agreed to a process for designating his testimony. |
| Kay Day | City of Tuscaloosa | Designation | Ms. Day is the General Manager of the Mercedes-Benz Amphitheater in Tuscaloosa, Alabama. She is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, and ticketing contracts and contract negotiations. She is also likely to testify about contracts with promotion companies and contract negotiations. The proposed designations for this witness have previously been disclosed. |
| Darryl Eaton | CAA | Live | Mr. Eaton is a touring agent and executive at Creative Artists Agency (CAA). He is likely to testify about industry trends, dynamics, and competition, artist representation and negotiations with promoters including Live Nation, and ticket pricing and fees. |
| Larry Freedman | Los Angeles Football Club | Live | Mr. Freedman is the Co-President of the Los Angeles Football Club (LAFC) and BMO Stadium. He is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, ticketing contracts and contract |

| Name | Entity | Live / By Designation | Brief Summary of Testimony |
|---|---|---|---|
| | | | negotiations and contracts with promotion companies and contract negotiations. |
| Marc Geiger | Gate 52 | Designation | Mr. Geiger is the founder of Gate 52 and a former executive at William Morris Endeavor (WME).  He is likely to testify about industry trends, dynamics, and competition, artist representation and negotiations with promoters including Live Nation, and ticket pricing and fees.  Mr. Geiger is listed as a "Live" witness on Plaintiffs' witness list; the parties have agreed to a process for designating testimony of such witnesses if they are not called live at trial. |
| Stacie George | LNE | Live | Ms. George is a Senior Vice President of Booking at Live Nation.  She is likely to testify about the company's business and finances, industry trends, dynamics, and competition, as well as Live Nation's venue and promotion businesses, promotion of artists and relationships with artists and other industry participants.  She will also rebut Plaintiffs' allegations of misconduct and anticompetitive effects.  She may also lay the foundation for 1006 exhibits based on company data. |
| Todd Glickman | Comcast Spectacor | Live | Mr. Glickman is Chief Revenue Officer of Comcast Spectacor, which owns the Xfinity Mobile Arena (formerly Wells Fargo Center).  He is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, and ticketing contracts and contract negotiations. |
| Chris Granger | Oak View Group (OVG) | Live | Mr. Granger is the CEO of Oak View Group (OVG).  He is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, the business relationship between OVG and Ticketmaster, as well as OVG's evaluation of ticketer performance and capabilities. |
| Jack Groetzinger | SeatGeek | Live | Mr. Groetzinger is CEO and co-founder of SeatGeek.  He is likely to testify about industry trends, dynamics, and competition, |

| Name | Entity | Live / By Designation | Brief Summary of Testimony |
|---|---|---|---|
| | | | as well as the ticketing services provided by SeatGeek and SeatGeek's business. |
| Grant Hall | Legends Global | Designation | Mr. Hall is a Vice President of Business Operations and Strategy at Legends Global. He is likely to testify about competition in the industry, venue operation and management, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, ticketing contracts,, contracts with promotion companies, and contract negotiations.  Mr. Hall was recently changed to a "Designation" witness; the parties have agreed to a process for designating his testimony. |
| Howard Handler* | 313 Presents | Designation | Mr. Handler is the President of 313 Presents. He is likely to testify about industry trends, dynamics, and competition, venue ownership and management, and competition for concert promotion and touring, as well as 313 Presents' business relationships with other industry participants including Live Nation. As stated in footnote 1 above, Defendants reserve the right to designate this witness's testimony if necessary to respond to evidence Plaintiffs elicit at trial. |
| George Hanna | LA Clippers | Designation | Mr. Hanna is the Chief Technology and Digital Officer for the Los Angeles Clippers, which play at the Intuit Dome.  He is likely to testify about competition in the industry, ticketing and venue operations, and the process of selecting a ticketer for the Intuit Dome.  The proposed designations for this witness have previously been disclosed. |
| Matthew Hansen | LNE | Live | Mr. Hansen is the Chief Strategy Office of Live Nation Entertainment.  He is likely to testify about the company's business, its corporate structure, strategy, and finances, including the different lines of business and how they interact, as well as industry trends, dynamics, and competition.  He will also rebut Plaintiffs' allegations of misconduct and anticompetitive effects.  He may also lay the foundation for 1006 exhibits based on company data. |

| Name | Entity | Live / By Designation | Brief Summary of Testimony |
|---|---|---|---|
| Mitch Helgerson | Minnesota Wild | Designation | Mr. Helgerson is Chief Revenue Officer of the Minnesota Wild and St. Paul Arena Company, which operates Grand Casino Arena (formerly Xcel Energy Center). He is likely to testify about competition in the industry, the selection of ticketing services providers, ticket prices and fees, including the venue's role in setting ticket fees, and ticketing contracts and contract negotiations. Mr. Helgerson is listed as a "Live" witness on Plaintiffs' witness list; the parties have agreed to a process for designating testimony of such witnesses if they are not called live at trial. |
| Robert Henson | SevenVenues | Live | Mr. Henson is the Director of the Department of Cultural Facilities, Arts & Entertainment at the City of Norfolk, which owns and operates the SevenVenues. He is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, and ticketing contracts and contract negotiations. |
| Alex Hodges* | Nederlander | Designation | Mr. Hodges is the CEO of Nederlander. He is likely to testify about industry trends, dynamics, and competition, as well as Nederlander's business relationships with other industry participants including Live Nation. As stated in footnote 1 above, Defendants reserve the right to designate this witness's testimony if necessary to respond to evidence Plaintiffs elicit at trial. |
| Seth Hurwitz | It's My Party | Designation | Mr. Hurwitz is the founder of It's My Party (I.M.P.). He is likely to testify about industry trends, dynamics, and competition, as well as I.M.P.'s business relationships with other industry participants including Live Nation. Mr. Hurwitz is listed as a "Live" witness on Plaintiffs' witness list; the parties have agreed to a process for designating testimony of such witnesses if they are not called live at trial. |
| Jenny Johnson | LNE | Live | Ms. Johnson is Vice President of Commercial Strategy at Ticketmaster. She is likely to testify about the company's business and finances, industry trends, dynamics, and |

| Name | Entity | Live / By Designation | Brief Summary of Testimony |
|---|---|---|---|
| | | | competition, competition for ticketing contracts, Ticketmaster's business practices and contractual agreements, and negotiations regarding ticketing contracts. She will also rebut Plaintiffs' allegations of misconduct and anticompetitive effects. She may also lay the foundation for 1006 exhibits based on company data. |
| Walter Allen Johnson | City of Orlando | Live | Mr. Johnson is the Chief Venues Officer of the City of Orlando, which operates the Kia Center, Camping World Stadium, Tinker Field, Harry P. Leu Gardens, and Mennello Museum of American Art. He is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, and ticketing contracts and contract negotiations. |
| Scott Johnson | Greensboro Coliseum | Live | Mr. Johnson is the former Deputy Director of the Greensboro Coliseum Complex. He is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, and ticketing contracts and contract negotiations. |
| Paul Kavanaugh | BSE Global | Live | Mr. Kavanaugh is the Executive Vice President of Ticketing at BSE Global, which operates the Barclays Center. He is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees and ticketing contracts. |
| Jack Larson | Minnesota Wild | Live | Mr. Larson is the former Vice President and General Manager of Xcel Energy Center (now known as Grand Casino Arena). He is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, and ticketing contracts and contract negotiations. |
| Amy Latimer | TD Garden | Designation | Ms. Latimer is the Executive Vice President and Chief Operating Officer of Delaware North, which owns and operates TD Garden. Ms. Latimer is likely to testify about |

| Name | Entity | Live / By Designation | Brief Summary of Testimony |
|---|---|---|---|
| | | | competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, and ticketing contracts and contract negotiations.  The proposed designations for this witness have previously been disclosed. |
| Donald Law | LNE | Live | Mr. Law is the Chairman of Live Nation, New England.  He is likely to testify about the company's business and finances, industry trends, dynamics, and competition, as well as Live Nation's venue and promotion businesses, promotion of artists and relationships with artists and other industry participants.  He will also rebut Plaintiffs' allegations of misconduct and anticompetitive effects.  He may also lay the foundation for 1006 exhibits based on company data. |
| Ben Lovett | Mumford & Sons | Live and/or by Designation | Mr. Lovett is a member of the touring band Mumford & Sons and the founder of The Venue Group.  He is likely to testify about industry trends, dynamics, and competition, his experiences with Live Nation and Ticketmaster, as well as venue ownership and management.  Mr. Lovett is listed as a "Live" witness on Plaintiffs' witness list; the parties have agreed to a process for designating testimony of such witnesses if they are not called live at trial. |
| Brooke Lowery | Cleveland Cavaliers | Designation | Ms. Lowery is Vice President of Booking and Events at Rocket Arena, home of the Cleveland Cavaliers.  She is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, ticketing contracts, contracts with promotion companies, and contract negotiations.  The proposed designations for this witness have previously been disclosed. |
| Peter Luukko | OVG | Designation | Mr. Luukko is the Co-Chairman of OVG Alliance and OVG360.  He is likely to testify about competition in the industry, the business relationship between OVG and |

| Name | Entity | Live / By Designation | Brief Summary of Testimony |
|---|---|---|---|
| | | | Ticketmaster, as well as OVG's evaluation of ticketer performance and capabilities. The proposed designations for this witness have previously been disclosed. |
| John Marchant | City of Mountain View | Designation | Mr. Marchant is the Community Services Director at the City of Mountain View, which owns the Shoreline Amphitheater. He is likely to testify about competition in the industry, venue ownership, operation, management, the selection of venue operation partners, and contracts with promotion companies and contract negotiations. The proposed designations for this witness have previously been disclosed. |
| Jay Marciano | AEG | Designation | Mr. Marciano is the CEO of AEG Presents. He is likely to testify about the company's business and finances, industry trends, dynamics, and competition, AEG's promotion of artists, and AEG and AXS's business relationships with other industry participants. Mr. Marciano is listed as a "Live" witness on Plaintiffs' witness list; the parties have agreed to a process for designating testimony of such witnesses if they are not called live at trial. |
| David Marcus | LNE | Live | Mr. Marcus is the Executive Vice President of Global Music at Ticketmaster. He is likely to testify about the company's business and finances, industry trends, dynamics, and competition, competition for ticketing contracts, Ticketmaster's business practices and contractual agreements, and negotiations regarding ticketing contracts. He will also rebut Plaintiffs' allegations of misconduct and anticompetitive effects. He may also lay the foundation for 1006 exhibits based on company data. |
| Michael Marion | Simmons Bank Arena | Live | Mr. Marion is the General Manager of Simmons Bank Arena. He is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, ticketing contracts, contracts with promotion companies, and contract negotiations. |

| Name | Entity | Live / By Designation | Brief Summary of Testimony |
|---|---|---|---|
| Walter McDonald | The Touring Company | Designation | Mr. McDonald is a concert promoter and the founder of The Touring Company.  He is likely to testify about industry trends, dynamics, and competition, his company's business, as well as his experiences with Live Nation and Ticketmaster.  Mr. McDonald is listed as a "Live" witness on Plaintiffs' witness list; the parties have agreed to a process for designating testimony of such witnesses if they are not called live at trial. |
| Louis Messina | Messina Touring Group | Designation | Mr. Messina is the founder of Messina Touring Group.  He is likely to testify about industry trends, dynamics, and competition, Messina Touring Group's business and promotion of artists, and Messina Touring Group's business relationships with other industry participants including Live Nation.  Mr. Messina is listed as a "Live" witness on Plaintiffs' witness list; the parties have agreed to a process for designating testimony of such witnesses if they are not called live at trial. |
| Paul Meyer (Expert) | HKA | Live | Mr. Meyer is a partner at HKA and a Certified Public Accountant, Certified Fraud Examiner and Accredited in Business Valuation (CPA-ABV), with over forty years of experience in forensic accounting.  He is likely to testify about the opinions rendered in his expert reports and deposition regarding Live Nation's business financials and profitability, as well as how Live Nation's profitability compares to its competitors and other major companies.  He will also lay the foundation for 1006 exhibits based on data referenced in his report. |
| Robert Mudd | Venu Holding Corporation (former) | Designation | Mr. Mudd is a former employee of Venu Holding Corporation, previously known as Notes Live.  He is likely to testify about competition in the industry, as well as construction, development, and operation of venues including amphitheaters.  The proposed designations for this witness have previously been disclosed. |
| Rick Mueller | LNE / former AEG | Live | Mr. Mueller is the former President of North America for AEG Presents and a current Live |

| Name | Entity | Live / By Designation | Brief Summary of Testimony |
|---|---|---|---|
| | | | Nation employee. He is likely to testify about industry trends, dynamics, and competition, AEG's business model and segments, AEG's venue ownership, AEG's business relationships with other industry participants, and ticketer performance and capabilities. |
| Patrick Nagle | City of Rosemont | Designation | Mr. Nagle is the Director of Entertainment Facilities at the Village of Rosemont, which owns and operates the Allstate Arena and the Rosemont Theatre. He is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, and ticketing contracts and contract negotiations. The proposed designations for this witness have previously been disclosed. |
| Adel Nur | DreamCrew Entertainment | Live | Mr. Nur is a co-founder of DreamCrew Entertainment. He is likely to testify about industry trends, dynamics, and competition, as well as his and his managed-artists' experiences with Live Nation and Ticketmaster and others in the industry. |
| Lesley Olenik | LNE | Live | Ms. Olenik is Vice President of Touring at Live Nation. She is likely to testify about the company's business and finances, industry trends, dynamics, and competition, as well as Live Nation's venue and promotion business, promotion of artists and relationships with artists and other industry participants. She will also rebut Plaintiffs' allegations of misconduct and anticompetitive effects. She may also lay the foundation for 1006 exhibits based on company data. |
| Marla Ostroff | LNE | Live | Ms. Ostroff is the Managing Director of North America for Ticketmaster. She is likely to testify about the company's business and finances, industry trends, dynamics, and competition, competition for ticketing contracts, Ticketmaster's business practices and contractual agreements, and negotiations regarding ticketing contracts. She will also rebut Plaintiffs' allegations of misconduct and anticompetitive effects. She may also lay the |

| Name | Entity | Live / By Designation | Brief Summary of Testimony |
|---|---|---|---|
| | | | foundation for 1006 exhibits based on company data. |
| Beth Paul | City of Greenville | Live | Ms. Paul is the General Manager of the Bon Secours Wellness Arena. She is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, and ticketing contracts and contract negotiations. |
| Desiree Perez | Roc Nation | Live | Ms. Perez is the co-founder and CEO of Roc Nation. She is likely to testify about the company's business, industry trends, dynamics, and competition, representing and managing artists for live events, event production, and her experiences with Live Nation and Ticketmaster. |
| Bryan Perez | AXS | Designation | Mr. Perez is the CEO of AXS. He is likely to testify about industry trends, dynamics, and competition, AEG and AXS's business, AXS's business relationships with venues and other industry participants, and ticketer capabilities and innovation. Mr. Perez is listed as a "Live" witness on Plaintiffs' witness list; the parties have agreed to a process for designating testimony of such witnesses if they are not called live at trial. |
| Brandon (Randy) Phillips | Phillips Digital Media | Designation | Mr. Phillips owns Phillips Digital Media, an artist management company, and is a former board member of TEG and CEO of LiveStyle. He is likely to testify about industry trends, dynamics, and competition. The proposed designations for this witness have previously been disclosed. |
| Michael Pugh | LiveCo | Designation | Mr. Pugh is the COO of LiveCo. He is likely to testify about industry trends, dynamics, and competition, the company's business, as well as ticketer performance and capabilities and his experiences with Ticketmaster. Mr. Pugh was recently changed to a "Designation" witness; the parties have agreed to a process for designating his testimony. |
| Michael Rapino | LNE | Live | Mr. Rapino is the President and CEO of Live Nation Entertainment. He is likely to testify about the company's business, its corporate |

| Name | Entity | Live / By Designation | Brief Summary of Testimony |
|------|--------|----------------------|----------------------------|
| | | | structure, strategy, and finances, including the different lines of business and how they interact, as well as industry trends, dynamics, and competition.  He will also rebut Plaintiffs' allegations of misconduct and anticompetitive effects.  He may also lay the foundation for 1006 exhibits based on company data. |
| Andrew Rentmeester | OVG | Designation | Mr. Rentmeester is the Senior Vice President of Business Development for OVG.  He is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, the business relationship between OVG and Ticketmaster, as well as OVG's evaluation of ticketer performance and capabilities.  The proposed designations for this witness have previously been disclosed. |
| Bob Roux | LNE | Live | Mr. Roux is the President of US Concerts at Live Nation.  He is likely to testify about the company's business and finances, industry trends, dynamics, and competition, as well as Live Nation's venue and promotion businesses, promotion of artists and relationships with artists and other industry participants.  He will also rebut Plaintiffs' allegations of misconduct and anticompetitive effects.  He may also lay the foundation for 1006 exhibits based on company data. |
| Kurt Schwartzkopf | LNE | Live | Mr. Schwartzkopf is Executive Vice President and Co-Head of Sports at Ticketmaster.  He is likely to testify about the company's business and finances, industry trends, dynamics, and competition, competition for ticketing contracts, Ticketmaster's business practices and contractual agreements, and negotiations regarding ticketing contracts.  He will also rebut Plaintiffs' allegations of misconduct and anticompetitive effects.  He may also lay the foundation for 1006 exhibits based on company data. |
| Mike Shull* | LA Department of Parks and | Designation | Mr. Shull is the former General Manager of the City of Los Angeles Department of Recreation and Parks, which owns the Greek |

| Name | Entity | Live / By Designation | Brief Summary of Testimony |
|------|--------|----------------------|----------------------------|
| | Recreation (former) | | Theater. He is likely to testify about competition in the industry, venue ownership, operation and management, and the selection of venue operation partners. As stated in footnote 1 above, Defendants reserve the right to designate this witness's testimony if necessary to respond to evidence Plaintiffs elicit at trial. |
| Jared Smith | LNE (former) | Live | Mr. Smith is the former President of Ticketmaster. He is likely to testify about the company's business and finances, industry trends, dynamics, and competition, competition for ticketing contracts, Ticketmaster's business practices and contractual agreements, and negotiations regarding ticketing contracts. He will also rebut Plaintiffs' allegations of misconduct and anticompetitive effects. He may also lay the foundation for 1006 exhibits based on company data. |
| Marney Smith | Hayden Homes / Deschutes River Amphitheater | Live | Ms. Smith is the General Manager of Hayden Homes Amphitheater. She is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, and ticketing contracts and contract negotiations. She is also likely to testify about contracts with promotion companies and contract negotiations. |
| Steve Tadlock | LiveCo | Designation | Mr. Tadlock is the Senior Vice President of Venue Relations for LiveCo. He is likely to testify about industry trends, dynamics, and competition, the company's business, and the business relationships between promoters and venues, as well as his experiences with ticketers. Mr. Tadlock is listed as a "Live" witness on Plaintiffs' witness list; the parties have agreed to a process for designating testimony of such witnesses if they are not called live at trial. |
| Sharif Talukder | Community Arena Management | Designation | Mr. Talukder is the Vice President of Ticket Strategy, Analytics & Operations at Spurs Sports & Entertainment, which operates the Frost Bank Center. He is likely to testify |

16

| Name | Entity | Live / By Designation | Brief Summary of Testimony |
|---|---|---|---|
| | | | about competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, and ticketing contracts and contract negotiations.  Mr. Talukder was recently changed to a "Designation" witness; the parties have agreed to a process for designating his testimony. |
| Doug Thornton | Legends Global | Live | Mr. Thornton is President, North American Venues at Legends Global. He is likely to testify about competition in the industry, the quality of the Ticketmaster platform, the nature of agreements between promoters and venues, and the nature of ticketing needs for different types of venues. |
| Josephine Vaccarello | Madison Square Garden Entertainment | Live | Ms. Vaccarello is Vice President of Live at Madison Square Garden.  She is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, and ticketing contracts and contract negotiations. |
| Jim Van Stone | Monumental Sports | Live | Mr. Van Stone is the President of Business Operations at Monumental Sports and Entertainment, which operates the Capital One Arena, EagleBank Arena, District E Powered by Ticketmaster, MedStar Capitals Iceplex, and MedStar Health Performance Center.  He is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, and ticketing contracts and contract negotiations. |
| Ronald VanDeVeen | New Meadowlands Stadium | Live | Mr. VanDeVeen is the President & CEO of the New Meadowlands Stadium Company, which owns and operates the MetLife Stadium.  He is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, and ticketing contracts and contract negotiations. |

| Name | Entity | Live / By Designation | Brief Summary of Testimony |
|------|--------|----------------------|----------------------------|
| Rene Volker* | Spotify | Designation | Ms. Volker is the Senior Director of Live Events at Spotify.  She is likely to testify about industry dynamics and competition, and her experiences with Live Nation and Ticketmaster.  As stated in footnote 1 above, Defendants reserve the right to designate this witness's testimony if necessary to respond to evidence Plaintiffs elicit at trial. |
| Dana Warg* | 313 Presents (former) | Designation | Mr. Warg is the Vice President of Booking for OVG and former Executive Vice President at 313 Presents.  He is likely to testify about industry dynamics, venue ownership and management, and competition in the industry, as well as 313 Presents' business relationships with other industry participants including Live Nation.  As stated in footnote 1 above, Defendants reserve the right to designate this witness's testimony if necessary to respond to evidence Plaintiffs elicit at trial. |
| Ben Weeden | LNE | Live | Ben Weeden is a Live Nation employee.  He is likely to testify about the company's business and finances, industry trends, dynamics, and competition, as well as Live Nation's venue and promotion businesses.  He will also rebut Plaintiffs' allegations of misconduct and anticompetitive effects.  He may also lay the foundation for 1006 exhibits based on company data. |
| Michael Wichser | LNE | Live | Mr. Wichser is the COO at Ticketmaster.  He is likely to testify about the company's business and finances, industry trends, dynamics, and competition, competition for ticketing contracts, Ticketmaster's business practices and contractual agreements, and negotiations regarding ticketing contracts.  He will also rebut Plaintiffs' allegations of misconduct and anticompetitive effects.  He may also lay the foundation for 1006 exhibits based on company data. |
| Tom Wilson* | 313 Presents (former) | Designation | Mr. Wilson is a retired live entertainment executive, formerly of Olympia Entertainment and 313 Presents in Detroit, Michigan.  He is likely to testify about industry trends, |

| Name | Entity | Live / By Designation | Brief Summary of Testimony |
|---|---|---|---|
| | | | dynamics, and competition, as well as venue economics and considerations when entering into booking agreements with promoters.  As stated in footnote 1 above, Defendants reserve the right to designate this witness's testimony if necessary to respond to evidence Plaintiffs elicit at trial. |
| Jason Wright | Washington Commanders | Designation | Mr. Wright is the former President of the Washington Commanders, which plays home games at Northwest Stadium (formerly FedEx Field).  He is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, and ticketing contracts and contract negotiations.  Mr. Wright is listed as a "Live" witness on Plaintiffs' witness list; the parties have agreed to a process for designating testimony of such witnesses if they are not called live at trial. |
| Mark Yovich | LNE | Live | Mr. Yovich is the Chairman of Ticketmaster. He is likely to testify about the company's business and finances, industry trends, dynamics, and competition, competition for ticketing contracts, Ticketmaster's business practices and contractual agreements, and negotiations regarding ticketing contracts.  He will also rebut Plaintiffs' allegations of misconduct and anticompetitive effects.  He may also lay the foundation for 1006 exhibits based on company data. |
| Ali Yurukoglu (Expert) | Econic Partners | Live | Professor Yurukoglu is the Jonathan B. Lovelace Professor in the Economics Area at the Stanford University Graduate School of Business.  He is likely to testify about the opinions rendered in his expert reports and deposition, including those regarding competition in the live entertainment industry and how vertical integration creates procompetitive incentives, and the materials he considered in forming those opinions.  He will also lay the foundation for 1006 exhibits based on data referenced in his report. |

| Name | Entity | Live / By Designation | Brief Summary of Testimony |
|---|---|---|---|
| Jordan Zachary | LNE | Live | Mr. Zachary is the Global President of Venues and Co-President of US Concerts at Live Nation. He is likely to testify about the company's business and finances, industry trends, dynamics, and competition, as well as Live Nation's venue and promotion businesses, promotion of artists and relationships with artists and other industry participants. He will also rebut Plaintiffs' allegations of misconduct and anticompetitive effects. He may also lay the foundation for 1006 exhibits based on company data. |
| David Zedeck | United Talent Agency | Live | Mr. Zedeck is an executive at United Talent Agency (UTA). He is likely to testify about industry trends, dynamics, and competition, artist representation and negotiations with promoters including Live Nation, and ticket pricing and fees. |
| Stephen Zito | Alamodome | Live | Mr. Zito is the Assistant Director of Conventions, Sports, and Entertainment Facilities at the Alamodome, which is owned by the City of San Antonio. He is likely to testify about competition in the industry, the selection of ticketing service providers, ticket prices and fees, including the venue's role in setting ticket fees, ticketing contracts and contract negotiations, and contracts with promotion companies and contract negotiations. |
| Any witness on Plaintiffs' witness list | | | |