**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>*Defendants.* | Case No. 1:24-cv-03973-(AS)<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' NOTICE OF MOTION**
**TO CERTIFY INTERLOCUTORY APPEAL AND TO STAY**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (collectively, "Defendants") will move this Court before the Honorable Arun Subramanian, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15A, New York, New York, 10007, for an order (i) certifying the Court's February 18, 2026 opinion and order (ECF No. 1037) for interlocutory appeal pursuant to 28 U.S.C. § 1292(b), and (ii) staying proceedings in this matter pending resolution of the appeal.

**PLEASE TAKE FURTHER NOTICE** that Defendants request oral argument on this motion at a time and date convenient for the Court.

*[signatures on following page]*

Dated: February 22, 2026

Respectfully submitted,

| LATHAM & WATKINS LLP | CRAVATH, SWAINE & MOORE LLP |
|---|---|
| *(signature)* | *(signature)* |
| Andrew M. Gass (admitted *pro hac vice*) | Lauren A. Moskowitz |
| Alfred C. Pfeiffer (admitted *pro hac vice*) | Jesse M. Weiss |
|    *Co-Lead Trial Counsel* | Nicole M. Peles |
| David R. Marriott | |
|    *Co-Lead Trial Counsel* | Two Manhattan West |
| Timothy L. O'Mara (admitted *pro hac vice*) | 375 Ninth Avenue |
| Jennifer L. Giordano | New York, NY 10001 |
| Kelly S. Fayne (admitted *pro hac vice*) | (212) 474-1000 |
| Lindsey S. Champlin (admitted *pro hac vice*) | |
| Robin L. Gushman (admitted *pro hac vice*) | lmoskowitz@cravath.com |
| | jweiss@cravath.com |
| 505 Montgomery Street, Suite 2000 | npeles@cravath.com |
| San Francisco, CA 94111 | |
| (415) 391-0600 | *Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.* |

1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

555 11th Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Al.Pfeiffer@lw.com
David.Marriott@lw.com
Tim.O'Mara@lw.com
Jennifer.Giordano@lw.com
Andrew.Gass@lw.com
Kelly.Fayne@lw.com
Lindsey.Champlin@lw.com
Robin.Gushman@lw.com

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*